746 A.2d 1108

Carol RAMICH, in Her Own Behalf and as Parent and Guardian of Timothy J. RAMICH, Petitioner,

v.

WORKERS' COMPENSATION APPEAL BOARD (SCHATZ ELECTRIC, INC.), Respondent.

Supreme Court of Pennsylvania.

Feb. 23, 2000.

## ORDER

PER CURIAM.

AND NOW this 23 rd day of February, 2000, we **GRANT** the Petition for Allowance appeal in the above-matter limited to the issue of whether the Commonwealth Court has incorrectly construed Section 440 of the Pennsylvania Workers' Compensation Act, 77 P.S. § 996, to require a claimant to request an award of counsel fees prior to the close of the record.